ALEX L. FUGAZZI, ESQ.
Nevada Bar No. 9022
BRIAN C. CHENEY, ESQ.
Nevada Bar No. 9782
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
afugazzi@swlaw.com
bcheney@swlaw.com

*Attorneys for Defendant*
*Nevada Property 1 LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEON F. CAMPBELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware Limited Liability Company,<br><br>                    Defendant. | CASE NO. 2:10-cv-02169-APG-PAL<br><br>**FINAL JUDGMENT** |

Based upon its November, 20, 2013 Order Granting Motion to Confirm Arbitration Award (Docket # 31), this Court enters the following Final Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED THAT** judgment is entered in NEVADA PROPERTY 1, LLC's favor against LEON F. CAMPBELL in the amount of **$134,614.43**. This total includes: (1) liquidated damages of **$74,625.00** and (2) reasonable attorney's fees and costs in the amount of **$59,989.43**.

18299169

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the judgment accrues both pre and post-judgment interest as provided by law.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: December 2, 2013.

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*

SNELL & WILMER L.L.P.

_____
ALEX L. FUGAZZI, ESQ.
Nevada Bar No. 9022
BRIAN C. CHENEY, ESQ.
Nevada Bar No. 9782
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
afugazzi@swlaw.com
bcheney@swlaw.com

*Attorneys for Defendant*
*Nevada Property 1 LLC*

2

18299169