# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Leon E. Campbell,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Nevada Property 1, LLC.,<br><br>　　　　　　　　Defendant. | Case No. 2:10-cv-02169-APG-PAL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL**<br><br>(Dkt. no. 36) |

　　　　In December 2010, Plaintiff Leon E. Campbell sued Nevada Property 1 LLC ("Nevada Property"), the current owner of The Cosmopolitan of Las Vegas. Campbell sought a declaratory judgment concerning his right to rescind a contract to purchase a condominium at The Cosmopolitan. (Dkt. No. 1.) Judge Hunt of this Court granted Nevada Property's motion to compel arbitration of the dispute. Campbell appealed Judge Hunt's order compelling arbitration, but the Ninth Circuit dismissed the appeal because it was interlocutory in nature. (Dkt. No. 15.) On January 2, 2013, the arbitrator issued his final order in Nevada Property's favor. I subsequently granted Nevada Property's motion to confirm the arbitration award. Campbell now moves for a new trial, arguing that I erred in finding that the arbitrator had the authority to grant summary judgment and modify the underlying contractual agreement. (Dkt. No. 36.)

　　　　Campbell's contentions of error are repetitive of those he previously raised, which I denied in my earlier order confirming the arbitration award. (Dkt. No. 31.) Thus, I will deny Campbell's motion for a new trial.

　　　　IT IS THEREFORE ORDERED that Plaintiff's motion for a new trial (Dkt. No. 36) is DENIED.

　　　　DATED THIS 6th day of October 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE